U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

LAKE COUNTY PLASTERERS AND CEMENT MASONS FRINGE BENEFIT FUNDS, et al.
     v.
KEVCO, INC., a Wisconsin corporation

Case Number:

FILED
KC
NOV 16 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LAKE COUNTY PLASTERERS AND CEMENT MASONS FRINGE BENEFIT FUNDS, et al., Plaintiffs herein

07CV6515
JUDGE LINDBERG
MAGISTRATE JUDGE COX

| NAME (Type or print) |
|---|
| Cecilia M. Scanlon |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| *Cecilia M. Scanlon* |

| FIRM |
|---|
| Baum Sigman Auerbach & Neuman, Ltd. |

| STREET ADDRESS |
|---|
| 200 W. Adams Street, Suite 2200 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60606-5231 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6288574 | 312/236-4316 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐