**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                   Case Number:

LAKE COUNTY PLASTERERS AND CEMENT MASONS
FRINGE BENEFIT FUNDS, et al.
    v.
KEVCO, INC., a Wisconsin corporation

**FILED**
NOV 16 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6515
JUDGE LINDBERG
MAGISTRATE JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LAKE COUNTY PLASTERERS AND CEMENT MASONS FRINGE BENEFIT FUNDS, et al., Plaintiffs herein

| | |
|---|---|
| NAME (Type or print) Catherine M. Chapman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) *Catherine M. Chapman* | |
| FIRM Baum Sigman Auerbach & Neuman, Ltd. | |
| STREET ADDRESS 200 W. Adams Street, Suite 2200 | |
| CITY/STATE/ZIP Chicago, IL 60606-5231 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6204026 | TELEPHONE NUMBER 312/236-4316 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |