# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

LAKE COUNTY PLASTERERS AND
CEMENT MASONS FRINGE BENEFIT
FUNDS, et al.

Docket Number:

**07CV6515**
**JUDGE LINDBERG**
**MAGISTRATE JUDGE COX**

V.

KEVCO, INC., a Wisconsin corporation

TO:  Kevco, Inc.
c/o Kevin A. Powalisz, Registered Agent
6418 South Howell Avenue
Oak Creek, WI  53154

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS:

Catherine M. Chapman
Beverly P. Alfon
Cecilia M. Scanlon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(by) Deputy Clerk

NOV 16 2007

Date

# AFFIDAVIT OF SERVICE

[ ] Milwaukee Co. [ ] Racine Co. [ ] Kenosha Co. [ ] Waukesha Co. [ ] Washington Co. [ ] _____ Co.

**STATE OF WISCONSIN}**
**Milwaukee County} ss**

Case No. _07 CV 6515_

Court Date: _30 days_

Document(s) attached: [X] Summons [X] Complaint [ ] Summons & Complaint [ ] Subpoena [ ] Order to Appear before a Court Commissioner [ ] Order [ ] Motion [ ] Order to Show Cause [ ] Subpoena Duces Tecum [ ] Check in the amount of $ _____ Travel or Witness Fee

Other _____

**Corporate Service**

I, _Gary H. Dawley_, being duly sworn on oath, state I am an adult resident of this State. I am not a party to the legal action of the attached document(s) which was/were served upon the below named party and endorsed as required by Wis. Stats. 801(10)(2). _Keupo, Inc._ and leaving with _Dennis Pawlisz_

[ ] Officer [X] Registered Agent [ ] Person Apparently in Charge [ ] Managing Agent [ ] Authorized Agent [ ] Person Design to Receive Legal Process

Address _6418 South Howell_ [ ] City of Milwaukee or [X] _Oak Creek_ WI.

on the _28th_ day of _November_ 2007 _9:00_ [X] a.m. [ ] p.m. a true and correct copy of the said documents informing _him_ of the contents thereof of.

**Garnishee Service** [ ] Earnings [ ] Non Earnings

I _____, as an agent for State process Service, Inc. being duly sworn on oath state that I am an adult resident of the State of Wisconsin and that I am not a party to the action to which this affidavit is attached. I further swear that I did serve the above identified attached document in the above entitled action, hereto annexed, upon the named garnishee identified as:

_____ by leaving with _____
Address _____ [ ] City of Milwaukee or [ ] _____ WI
person in charge, personally, a true and correct (authenticated) copy thereof paying _____ the legal fee of $ _____ at _____ [ ] a.m. [ ] p.m.
on the ____ of _____ 2007

**Court Commissioner Service**

I _____, as an agent for State Process service, Inc. being duly sworn on oath state that I am an adult resident of the State of Wisconsin and that I am not a party to the action to which this affidavit is attached. I further swear that I did serve the above identified attached document in the above entitled action by delivering to and leaving with _____ a true and correct (authenticated) copy thereof exhibiting to _____ the original signed by the Honorable _____ [ ] Judge [ ] Court Commissioner

at Address _____ [ ] City of Milwaukee or [ ] _____ WI
on the ____ day of _____ 2007 at _____ [ ] a.m. [ ] p.m.

Subscribed and sworn to before me this _28_ day of _____ 2007

Notary Public _____
My Commission expires: _____

© State Process Service, Inc. 2007

**STATE PROCESS SERVICE, INC.**

Agent

_____ OF _____ AFFIDAVITS
Fee for Service: _____
Fees: Mileage _____ @ _____ / mile:
Fees: Hourly _____ @ $ ____ /hr
Special Fees: _____
TOTAL FEES: $ _25⁵⁰_