IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKE COUNTY PLASTERERS AND ) <br> CEMENT MASONS FRINGE BENEFIT ) <br> FUNDS, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> KEVCO, INC., a Wisconsin corporation, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> NO. 07 C 6515 <br><br> JUDGE GEORGE W. LINDBERG |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, KEVCO, INC., a Wisconsin corporation, in the total amount of $8,022.00, plus Plaintiffs' costs and reasonable attorneys' fees in the amount of $543.00.

On November 28, 2008, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him, personally, at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on December 18, 2007. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Cecilia M. Scanlon

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

| | |
|---|---|
| LAKE COUNTY PLASTERERS AND CEMENT MASONS FRINGE BENEFIT FUNDS, *et al.* | Docket Number:<br>07CV6515<br>JUDGE LINDBERG<br>MAGISTRATE JUDGE COX |
| V. | |
| KEVCO, INC., a Wisconsin corporation | |

TO: Kevco, Inc.
c/o Kevin A. Powalisz, Registered Agent
6418 South Howell Avenue
Oak Creek, WI 53154

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS:

Catherine M. Chapman
Beverly P. Alfon
Cecilia M. Scanlon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(by) Deputy Clerk

NOV 16 2007

Date

# AFFIDAVIT OF SERVICE

[ ] Milwaukee Co. [ ] Racine Co. [ ] Kenosha Co. [ ] Waukesha Co. [ ] Washington Co. [ ] _____ Co.

**STATE OF WISCONSIN}**
**Milwaukee County} ss**

Case No. _07 CV 6515_

Court Date: _30 days_

Document(s) attached: [X] Summons [X] Complaint [ ] Summons & Complaint [ ] Subpoena [ ] Order to Appear before a Court Commissioner [ ] Order [ ] Motion [ ] Order to Show Cause [ ] Subpoena Duces Tecum [ ] Check in the amount of $ _____ Travel or Witness Fee

Other _____

## Corporate Service

I, _Gary H. Dawley_, being duly sworn on oath, state I am an adult resident of this State. I am not a party to the legal action of the attached document(s) which was/were served upon the below named party and endorsed as required by Wis. Stats. 801(10)(2).

_Keupo Inc_ and leaving with _Dewin Pownlisz_

[ ] Officer [X] Registered Agent [ ] Person Apparently in Charge [ ] Managing Agent [ ] Authorized Agent [ ] Person Design to Receive Legal Process

Address _6418 South Howell_ [ ] City of Milwaukee or [X] _Oak Creek_ WI.

on the _28th_ day of _November_ 2007 _9:00_ [X] a.m. [ ] p.m. a true and correct copy of the said documents informing _him_ of the contents thereof of.

## Garnishee Service    [ ] Earnings [ ] Non Earnings

I _____, as an agent for State process Service, Inc. being duly sworn on oath state that I am an adult resident of the State of Wisconsin and that I am not a party to the action to which this affidavit is attached. I further swear that I did serve the above identified attached document in the above entitled action, hereto annexed, upon the named garnishee identified as:

_____ by leaving with _____

Address _____ [ ] City of Milwaukee or [ ] _____ WI

person in charge, personally, a true and correct (authenticated) copy thereof paying _____ the legal fee of $ _____ at _____ [ ] a.m. [ ] p.m. on the _____ of _____ 2007

## Court Commissioner Service

I _____, as an agent for State Process service, Inc. being duly sworn on oath state that I am an adult resident of the State of Wisconsin and that I am not a party to the action to which this affidavit is attached. I further swear that I did serve the above identified attached document in the above entitled action by delivering to and leaving with _____ a true and correct (authenticated) copy thereof exhibiting to _____ the original signed by the Honorable _____ [ ] Judge [ ] Court Commissioner at Address _____ [ ] City of Milwaukee or [ ] _____ WI on the _____ day of _____ 2007 at _____ [ ] a.m. [ ] p.m.

Subscribed and sworn to before me this _28_ day of _Nov_ 2007

Notary Public

My Commission expires: _____

© State Process Service, Inc. 2007

**STATE PROCESS SERVICE, INC.**

Agent

_____ OF _____ AFFIDAVITS

Fee for Service: _____

Fees: Mileage _____ @ _____ / mile: _____

Fees: Hourly _____ @ $ _____ /hr

Special Fees: _____

TOTAL FEES: $ _25.50_

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 16th day of January 2008:

      Mr. Kevin A. Powalisz, Registered Agent
      Kevco, Inc.
      6418 South Howell Avenue
      Oak Creek, WI   53154


      /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\362J\Kevco\motion for default judgment.cms.df.wpd