IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAKE COUNTY PLASTERERS AND CEMENT MASONS FRINGE BENEFIT FUNDS, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 07 C 6515 |
| KEVCO, INC., a Wisconsin corporation, | ) ) | JUDGE GEORGE W. LINDBERG |
| Defendant. | ) ) | |

### NOTICE OF MOTION

TO:   Mr. Kevin A. Powalisz, Registered Agent
      Kevco, Inc.
      6418 South Howell Avenue
      Oak Creek, WI  53154

YOU ARE HEREBY NOTIFIED that on **Wednesday**, the **23rd** day of **January 2008** at **9:30 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable George W. Lindberg, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1425, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and Judgment.  A copy of said motion is hereby served upon you.

/s/   Cecilia M. Scanlon

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 16th day of January 2008:

        Mr. Kevin A. Powalisz, Registered Agent
        Kevco, Inc.
        6418 South Howell Avenue
        Oak Creek, WI   53154


        /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\362J\Kevco\notice of motion.cms.df.wpd