

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6515 | DATE | 1/23/2008 |
| CASE TITLE | Lake County Plasterers, et al. Vs. Kevco, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 1/23/2008.  Motion hearing held on plaintiffs' motion for entry of default and judgment.  Plaintiffs' motions are granted.  The court find defendant to be in default.  Judgment is entered in favor of the plaintiffs and against the defendant in the total amount of $8,565.00.   Enter judgment order.  Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SLB |
|---|---|---|